# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>GORDON HARTOGENSIS,<br>Director, Pension Benefit Guaranty<br>Corporation,<br><br>                Defendant. | Civil Action No. 19-1998 (JMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF No. 39, is **GRANTED**, and this matter is hereby **DISMISSED**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: October 5, 2023

                                                            Jia M. Cobb
                                       U.S. District Court Judge