UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Valda Johnson

Plaintiff,

v.

Gordon Hartogensis, Director Pension Benefit Guaranty Corporation (PBGC)

Defendant.

Civil Action No. 19-cv-01998-JMC

## NOTICE OF APPEAL

Notice is hereby given this **27th** day of **November**, 20**23**, that **Valda T. Johnson, Pro Se Litigant** hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the **5th** day of **October**, 20**23** in favor of **The Government Agency, Pension Benefit Guaranty Corporation** against said **Pro Se Litigant, Valda T. Johnson**

*/s/ Valda J. Johnson*
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

RECEIVED
NOV 27 2023
Clerk U.S District & Bankruptcy Courts for the District of Columbia

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Sara Robinson (Diana Wang has left the PBGC)
445 12th St., S.W.
Washington, D.C. 20024
Robinson.sara@pbgc.gov

L'Shauntee J. Robertson & Mr. J. Finnegan
c/o L'Shauntee J. Robertson
Assistant United States Attorney
United States Attorney's Office,
Civil Division 601 D Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing [Insert Title of Document here] **Notice of Appeal** was served by first-class mail, postage prepaid, on the **27th** day of **November**, 20**23**, upon:

[List Defendants and Addresses here]

_Valda J. Johnson_
(Signature)

Sara Robinson
445 12th St., S.W
Washington, DC 20024

L'Shauntea Robertson
J. Finnegan
Assistant U.S. Attorney
Office
U.S. Attorney's Office
Civil Division
601 D Street, N.W
Washington, D.C. 20530